| | |
|---|---|
| 1 | ROGER M. MANSUKHANI (SBN: 164463) |
| | rmansukhani@grsm.com |
| 2 | CRAIG D. NICKERSON (SBN: 215067) |
| | cnickerson@grsm.com |
| 3 | MARSHALL R. LURTZ (SBN: 296254) |
| | mlurtz@grsm.com |
| 4 | **GORDON REES SCULLY MANSUKHANI, LLP** |
| | 633 West Fifth Street, 52nd Floor |
| 5 | Los Angeles, CA 90071 |
| | Telephone: (213) 576-5092 |
| 6 | Facsimile: (213) 680-4470 |
| | Attorneys for Defendant |
| 7 | |
| | BAKER CONCRETE CONSTRUCTION, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES HERNANDEZ, an individual | ) | CASE NO.: 4:18-cv-03226-HSG |
| | ) | |
| Plaintiff, | ) | Complaint Filed: May 30, 2018 |
| | ) | |
| vs. | ) | **COUNSEL FOR DEFENDANT BAKER CONCRETE CONSTRUCTION, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT AUGUST 28, 2018 CASE MANAGEMENT CONFERENCE; ORDER** |
| BAKER CONCRETE CONSTRUCTION, INC., a Ohio corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

-1-

Case No.: 4:18-cv-03226-HSG
Hernandez v. Baker Concrete Construction, Inc.

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

I, Craig D. Nickerson, am the attorney for Defendant, BAKER CONCRETE CONSTRUCTION, INC. Pursuant to the Court's instructions; I submit the forgoing request to appear telephonically at the Initial Case Management Conference scheduled for Tuesday, August 28, 2018 at 2:00 p.m. in the above-entitled Court.

Dated: August 23, 2018

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Craig D. Nickerson*
Roger M. Mansukhani
Craig D. Nickerson
Marshall R. Lurtz
Attorneys for Defendant
BAKER CONCRETE CONSTRUCTION, INC.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

-2-

Case No.: 4:18-cv-03226-HSG
Hernandez v. Baker Concrete Construction, Inc.

## ORDER

**IT IS SO ORDERED.** Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: August 24, 2018

_____
Hon. Judge Haywood S. Gilliam, Jr.
United States District Judge

-3-

Case No.: 4:18-cv-03226-HSG
Hernandez v. Baker Concrete Construction, Inc.