1  BRYAN J. MCCORMACK (SBN 192418)
   *bryan@mcelawfirm.com*
2  **MCCORMACK & ERLICH, LLP**
   150 Post Street, Suite 742
3  San Francisco, CA 94108
   Telephone: (415) 296-8420
4  Facsimile: (415) 296-8552

5  Attorneys for Plaintiff
   JAMES HERNANDEZ
6
   ROGER M. MANSUKHANI (SBN: 164463)
7  rmansukhani@grsm.com
   CRAIG D. NICKERSON (SBN: 215067)
8  cnickerson@grsm.com
   MARSHALL R. LURTZ (SBN: 296254)
9  mlurtz@grsm.com
   **GORDON REES SCULLY MANSUKHANI, LLP**
10 633 West Fifth Street, 52nd Floor
   Los Angeles, CA 90071
11 Telephone: (213) 576-5092
   Facsimile: (213) 680-4470
12
   Attorneys for Defendant
13 BAKER CONCRETE CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HERNANDEZ | CASE NO.: 4:18-cv-03226-HSG |
| Plaintiff, | *Assigned to Hon. Judge Haywood S. Gilliam, Jr.* |
| v. | **STIPULATED SCHEDULING ORDER** |
| BAKER CONCRETE CONSTRUCTION, INC., a Ohio Corporation, | |
| Defendants. | Complaint Filed: May 30, 2018 |

The parties, James Hernandez ("Plaintiff") and Baker Concrete Construction, Inc. ("Defendant" or "Baker"), through undersigned counsel of record, hereby propose the following Stipulated Scheduling Order:

## **PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES**

| Matter | Deadline | Parties' Request |
|---|---|---|
| Last Day to Comply with General Order 71 | Scheduling Conference Date Plus 38 days | **October 5, 2018** |
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 60 Days | **October 29, 2018** |
| Last Day to Conduct Settlement Proceedings | Scheduling Conference Date plus 120 Days | **December 26, 2018** |
| Fact Discovery Cut-Off | 18 weeks before the Final Pretrial Conference ("FPTC") | **January 25, 2019** |
| Last Day to Serve Initial Expert Reports | 16 weeks before the FPTC | **April 23, 2019** |
| Disposition Hearing Deadline (except *Daubert* and all other Motions in Limine) | 16 weeks before the FPTC | **April 23, 2019** |
| Last Day to Serve Rebuttal Expert Reports | 12 weeks before the FPTC | **May 21, 2019** |
| Expert Discovery Cut-Off | 8 weeks before the FPTC | **June 18, 2019** |
| Last Day to File *Daubert* Motions | 7 weeks before the FPTC | **June 25, 2019** |

| Matter | Deadline | Parties' Request |
|---|---|---|
| Last Day to File Motions in Limine (other than *Daubert* Motions) | 4 weeks before the FPTC | **July 16, 2019** |
| Final Pre-Trial Conference | FPTC | **August 13, 2019** |
| Trial | Trial | **August 26, 2019** |

Dated: September 11, 2018    GORDON REES SCULLY MANSUKHANI

By: */s/ Marshall R. Lurtz*
Roger M. Mansukhani
Craig D. Nickerson
Marshall R. Lurtz
Attorneys for Defendant
Baker Concrete Construction, Inc.

Dated: September 11, 2018    McCormack and Erlich, LLP

By: */s/ Bryan J. McCormack*
Bryan J. McCormack
Attorneys for Plaintiff
James Hernandez

3
STIPULATED SCHEDULING ORDER
Case No. 4:18-cv-03226-HSG

## SCHEDULING ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefore, the above STIPULATED SCHEDULING ORDER is approved as the Scheduling Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED except the Disposition Hearing Deadline (except Daubert and all other Motions in Limine) will be heard on April 25, 2019 at 2:00 p.m.

Dated: September 12, 2018

_____
Hon. Judge Haywood S. Gilliam, Jr