BRYAN J. MCCORMACK (SBN 192418)
bryan@mcelawfirm.com
**MCCORMACK & ERLICH, LLP**
150 Post Street, Suite 742
San Francisco, CA 94108
Telephone: (415) 296-8420
Facsimile: (415) 296-8552

Attorney for Plaintiff
JAMES HERNANDEZ

CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
MARSHALL R. LURTZ (SBN: 296254)
mlurtz@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5092
Facsimile: (213) 680-4470

Attorneys for Defendant
BAKER CONCRETE CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HERNANDEZ | CASE NO.: 4:18-cv-03226-HSG |
|       Plaintiff, | *Assigned to Hon. Judge Haywood S. Gilliam, Jr.* |
|       v. | **JOINT STIPULATION TO EXTEND DISCOVERY AND ADR DEADLINES;** ~~**[PROPOSED]**~~ **ORDER** |
| BAKER CONCRETE CONSTRUCTION, INC., a Ohio Corporation, | |
|       Defendants. | Complaint Filed: May 30, 2018 |

The parties, James Hernandez and Baker Concrete Construction, Inc., hereby stipulate to extend the following deadlines pursuant to Civil Local Rule 6-1(b). These extensions will not alter the date of any other event or any deadline already fixed by Court order, including trial.

| Matter | Former Deadline | New Deadline |
|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | October 29, 2018 | January 15, 2019 |
| Last Day to Conduct Settlement Proceedings | December 26, 2018 | February 15, 2019 |
| Fact Discovery Cut-Off | January 25, 2019 | March 15, 2019 |
| Last Day to Serve Initial Expert Reports | April 23, 2019 | May 24, 2019 |
| Disposition Hearing Deadline (except *Daubert* and all other Motions in Limine) | April 23, 2019 | May 30, 2019 |
| Last Day to Serve Rebuttal Expert Reports | May 21, 2019 | June 21, 2019 |
| Expert Discovery Cut-Off | June 18, 2019 | July 10, 2019 |
| Last Day to File *Daubert* Motions | June 25, 2019 | July 16, 2019 |

///

///

///

JOINT STIPULATION TO EXTEND ADR AND DISCOVERY DEADLINE; [PROPOSED] ORDER
Case No. 4:18-cv-03226-HSG

IT IS SO STIPULATED.

Dated: December 5, 2018          GORDON REES SCULLY MANSUKHANI


                                 By:  _/s/ Craig D. Nickerson_____
                                      Craig D. Nickerson
                                      Marshall R. Lurtz
                                      Attorneys for Defendant
                                      Baker Concrete Construction, Inc.

Dated: December 5, 2018          MCCORMACK & ERLICH, LLP


                                 By:  _/s/ Bryan J. McCormack_____
                                      Bryan J. McCormack
                                      Attorney for Plaintiff
                                      James Hernandez




PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated:  12/17/2018               _Haywood S. Gill Jr._____
                                 Hon. Judge Haywood S. Gilliam, Jr.