BRYAN J. MCCORMACK (SBN 192418)
bryan@mcelawfirm.com
**MCCORMACK & ERLICH, LLP**
150 Post Street, Suite 742
San Francisco, CA 94108
Telephone: (415) 296-8420
Facsimile: (415) 296-8552

Attorneys for Plaintiff
JAMES HERNANDEZ

CRAIG D. NICKERSON (SBN: 215067)
cnickerson@grsm.com
MARSHALL R. LURTZ (SBN: 296254)
mlurtz@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5092
Facsimile: (213) 680-4470

Attorneys for Defendant
BAKER CONCRETE CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>BAKER CONCRETE CONSTRUCTION, INC., a Ohio Corporation,<br><br>Defendants. | CASE NO.: 4:18-cv-03226-HSG<br><br>*Assigned to Hon. Judge Haywood S. Gilliam, Jr.*<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Filed: May 30, 2018 |

The parties, Plaintiff James Hernandez ("Plaintiff) and Defendant Baker Concrete Construction, Inc. ("Defendant"), hereby stipulate to allow Plaintiff to file its First Amended Complaint, which is attached hereto and lodged herewith as <u>Exhibit A</u> ("First Amended Complaint").

WHEREAS, Plaintiff represents that the proposed First Amended Complaint arises out of the same transaction or series of transactions as Plaintiff's claims already at issue in this action;

WHEREAS, Plaintiff represents that he has recently discovered new information that forms the basis of the First Amended Complaint action and is acting in good faith in bringing the proposed First Amended Complaint. Based on such, he has eliminated two causes of actions, added three new causes of action, and added one defendant to the First Amended Complaint;

WHEREAS, Defendant does not oppose the filing of the proposed First Amended Complaint as a procedural matter pursuant to this Stipulation, with the understanding and on the basis that Defendant's stipulation in this regard is without waiver of, or prejudice to, its rights, defenses or positions in this action;

WHEREAS, Defendant will not be unduly prejudiced by the filing of the proposed First Amended Complaint;

THEREFORE, subject to the approval of this Court, the Parties hereby stipulate and agree as follows:

1. Defendant shall be granted leave to file the First Amended Complaint;
2. The First Amended Complaint shall be deemed filed and personally served on Defendants as of the date that this Stipulation is approved by the Court; and
3. Any responsive pleading to the First Amended Complaint shall be filed and served within thirty (30) days after this Stipulation has been approved by the Court.

//
//
//
//

IT IS SO STIPULATED.

Dated: December 5, 2018          GORDON REES SCULLY MANSUKHANI

                                 By: */s/ Craig D. Nickerson*
                                     Craig D. Nickerson
                                     Marshall R. Lurtz
                                     Attorneys for Defendant
                                     Baker Concrete Construction, Inc.

Dated: December 5, 2018          McCormack and Erlich, LLP

                                 By: */s/ Bryan J. McCormack*
                                     Bryan J. McCormack
                                     Attorney for Plaintiff
                                     James Hernandez

PURSUANT TO STIPULATION, IT IS SO ORDERED except the Plaintiff is directed to e-file the first amended complaint on the docket by the close of business today, December 17th.

Dated: 12/17/2018

                                 Hon. Judge Haywood S. Gilliam, Jr.